FILED'08 NOV 28 11:59USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TERRENCE L. JESSIE,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.

Civ. No. 07-900-CL

ORDER

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff has filed objections. I have given the file of this case de novo review. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    I find no error in the Report and Recommendation.

## CONCLUSION

    Magistrate Judge Clarke's Report and Recommendation (#32) is adopted. The decision of the Commissioner is reversed and

1 - ORDER

remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings.

IT IS SO ORDERED.

DATED this ___28___ day of November, 2008.

*/s/ Owen M. Panner*
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER