FILED'08 NOV 28 11:59USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TERRENCE L. JESSIE,

        Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.

Civ. No. 07-900-CL

**JUDGMENT**

The decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings.

DATED this _28_ day of November, 2008.

/s/ Owen M. Panner
OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - JUDGMENT