DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**Terrence Jessie**

      **Plaintiff,**

vs.                              Civil No. 07-cv-900-CL
                                   Appellate Court No. 09-35063

**Commissioner of Social Security**

      **Defendant.**             **ORDER GRANTING AWARD
                                   OF EAJA FEES**

      Pursuant to Stipulation, and good cause appearing therefore,

      IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $7.88, costs in the amount of $19.70, and attorney's fees in the amount of $7,323.31, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 25 day of March, 2010.

_____
District Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**